IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al*., | ) ) ) | CIVIL ACTION |
| Plaintiffs, | ) ) | NO. 16 C 3584 |
| vs. | ) ) | JUDGE SHARON JOHNSON COLEMAN |
| NORTHERN ILLINOIS WALL & CEILING, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

NOW COME Plaintiffs, by their attorneys, default having been entered against the Defendant on April 29, 2016, request this Court enter judgment against Defendant, NORTHERN ILLINOIS WALL & CEILING, INC., an Illinois corporation, in the total amount of $52,320.26, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,977.50. In support of this Motion, Plaintiffs state:

1. On April 29, 2016,, this Court entered default against Defendant pursuant to FRCP 55(a).

2. On November 24, 2015, Plaintiffs' auditors completed an audit of the Defendant's payroll books and records. The audit findings show that the Defendant is delinquent in contributions to the Funds in the amount of $43,071.60. (See Affidavit of Deborah L. French).

3. Additionally, the amount of $7,685.66 is due for liquidated damages. (French Aff. Par. 5). Plaintiffs' auditing firm of MacNell Accounting and Consulting, L.L.P. charged Plaintiffs $1,563.00 to perform the audit examination and complete the report (French Aff. Par. 6).

4. In addition, Plaintiffs' firm has expended the total amount of $470.00 in costs and $1,507.00 in attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $54,297.76

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $54,297.76.

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\Hrccj\Northern Illinois Wall\motion for entry of judgment.cms.df.wpd

2

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>7th</u> day of <u>July 2016</u>:

       Mr. Ronald Rockwood, Registered Agent/President
       Northern Illinois Wall & Ceiling, Inc.
       3948 W. Cedar Street
       Dixon, IL   61021


                                              /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\Hrccj\Northern Illinois Wall\motion for entry of judgment.cms.df.wpd